No. 566. WHITEMAN *v.* RCA MANUFACTURING CO., INC. ET AL.; and
No. 570. RCA MANUFACTURING CO., INC. *v.* WHITEMAN ET AL. December 16, 1940. Petitions for writs of

certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Maurice J. Speiser* for Whiteman. *Messrs. Joseph M. Hartfield* and *George C. Sprague* for W. B. O. Broadcasting Corporation, respondent in Nos. 566 and 570. *Messrs. David Mackay* and *Lawrence B. Morris* for RCA Manufacturing Co. Reported below: 114 F. 2d 86.